UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

United States Courts
Southern District of Texas
FILED

AUG 22 2022

Nathan Ochsner, Clerk of Court

Case No. _____
*(to be filled in by the Clerk's Office)*

Jordan Lonnell Ramirez sr
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Texas City Police Officer P Behler
Texas City Police Department
Galveston County Jail

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jordan Lonnell Ramirez Sr.
All other names by which you have been known: Jordan Ramirez, Jordan L Ramirez
ID Number: #384733
Current Institution: Galveston County Jail
Address: 5700 AVE H
Galveston, TX 77551
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Officer P. Behler
Job or Title (if known): Texas City Police Officer
Shield Number: #398250
Employer: Texas City Police Department
Address: 1004 9th Ave North
Texas City, TX 77591
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: Texas City Police Department
Job or Title (if known): Police Department
Shield Number:
Employer: Texas City Police Department
Address: 1004 9th Ave North
Texas City, TX 77591
City / State / Zip Code
[ ] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Galveston County Jail
Job or Title (if known): County Jail Facility
Shield Number:
Employer: Galveston County Jail
Address: 5700 Ave H
Galveston, TX 77551
City / State / Zip Code

☐ Individual capacity  ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th, 5th, 6th, 14th Amendments, Sexual Assault by Said Officer P. Behler, Harassment by P. Behler because of my race and Hate crime because of my Bisexuality, G.C.S.O. for failing to investigate and confiscating my mail without warrant

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer P Behler - Sexual assault, harassment, Hate crime, -
G.C.S.D - failing to investigate, and assist me in pressing charges when happen in their facility
Texas City P.D, for confiscating my complaint, covering up the report and :
G.C.S.D Deputy C. Cappadona - acting on behalf of G.C.S.D to harass me with sexual obscene language

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* detainee in Galveston County Jail (pending)

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A: If the events giving rise to your claim arose outside an institution, describe where and when they arose.

May 10 2022 TCPD officer P Behler ask questions pertaining to "guys" who I might associate with, went A.D.I. I took me out of the hospital, June 11th 2022, officer P Behler arrest me. Brought me to Galveston co jail, sexually assaulted me in a private bathroom in there facility, G.C.S.D fired officer on duty that day for relations with a different inmate failure to investigate my claims.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On June 11 2022 Officer P Behler brought me to the Galveston co jail, into a private bathroom, in intake fondled my buttocks and eventually penetrate me with his finger on his left hand, G.C.S.D failed to investigate, and fired officer Whitaker, who was on duty that night for inappropriate relations with an inmate
Tampering with my mail, and allowing G.C.S.D to harass me sexually

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 10th 2022 Approx 11pm - 1am / June 11th 2022 Approx 12am - 1am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer P. Behler did sexually assault me, harass me on different occasions reported it to G.C.S.O. CID, sargent white, and T.C.P.D formal complaint filed G.C.S.O Deputy whitaker was there that day in intake but was later fired for inappropriate relations with an inmate

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Anguish, Paranoia, Mental Health issues, P.T.S.D Seen by mental Health staff, Utmb (may 10th 2022 issue) being ignored by mental Health at G.C.S.O (Galveston county sheriffs office) Have not recieved any form of counseling, thoughts of suicide in the beginning.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to have charges brought against officer Betha Behler of Sexual assault, harassment and hate crime, I want the agencies to handel those type of situations better, investigate these type of actions by officers and I want to be reimbursed for my loss of wages, counsling paid for and or $10. Million Dollars and to be released without retaliation.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Galveston County Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Unit Sexual slurs / Harrasment by A.C.S.O Deputy C. Cappadona, mental Health help / Tampering with the mail System

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Formal complaint to the Texas City Police Dept. Regular Grievance procedure, CID officer S. Hernandez, Sgt White. Galveston County Jail (C-080622-077)

2. What did you claim in your grievance?

Grievance Complaints of Peace officer
- Sexual obscenities from Deputy Cappadona of G.C.S.O
- Sexual Assault + Harassment from TCPD officer P Behler

3. What was the result, if any?

NONE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Appealed Grievance # C-080622-077) at G.C.S.O

No response of formal complaint of Texas City P.D

Continued writing to TCPD / talked to ranking officers at G.C.S.O But No actions are given - Basiclly Ignored

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

"Decl. Willey"? no response.      "Complaint against a Police officer"

No formal grievance was for TCPD only

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Parole Officer Mrs. Cheryl Phillips / Sgt White of GCSO / G.C.S.O Whitaker "stated leave me out of it" CID of G.C.S.O S. Hernandez / CID Salseda sgt / G.C.S.O Mrs. Massey / GCSO-Oracles / GCSO Mental Health staff / Texas City Police Dept / various Times

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have enclosed grievance's, request, I asked for copies of my complaint from TCPD and was not responded to, I've been denied copies by unresponding but I've included names.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) Also waiting for medical records

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8 - 22

Signature of Plaintiff: *Jordan L Ramirez Sr.*
Printed Name of Plaintiff: Jordan Ramirez
Prison Identification #: #384733
Prison Address: 5700 Ave H
Galveston, TX 77551

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____



Jordan Ramirez #394733
5700 Ave H
Galveston TX 77551

Galveston County Jail
AUG 8 2022
Inmate Mail

Legal Mail
Envelope 1 of 2

NORTH HOUSTON TX 773
PRIVILEGED AUG 2022 LEGAL INMATE MAIL

c/o Clerk of Court Room 411
Nathan Ochsner
600 Rosenberg St
Galveston TX 77550

77550-179999