Case 3:22-cv-00299   Document 9   Filed on 12/14/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 14, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

═══════════════
No. 3:22-cv-299
═══════════════

Jordan Lonnell Ramirez, Sr., Plaintiff,

v.

Officer P. Behler, *et al.*, Defendants.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge*:

Plaintiff Jordan Lonnell Ramirez, Sr., filed this civil-rights action under 42 U.S.C. § 1983 concerning violations of his civil rights that occurred when he was previously incarcerated in the Galveston County Jail. After filing this lawsuit, Ramirez informed the court that he had been released from custody. The court entered an order on October 12, 2022, granting Ramirez's application to proceed *in forma pauperis*; informing him that despite his release from jail, he must continue to comply with the Prison Litigation Reform Act by paying the filing fee in installments; directing him to pay an initial partial filing fee of $21.00; and ordering that he must continue to submit monthly payments until the entire filing fee was satisfied. *See* Dkt. 8. The initial payment of $21.00 was due by November 15, 2022. *Id.* Ramirez was warned that if he failed to comply as directed, the court could dismiss

his case for want of prosecution without further notice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Id.* To date, Ramirez has neither responded to the court's order, nor otherwise attempted to comply.

The court concludes that Ramirez lacks due diligence because of his failure to pursue this action. Accordingly, under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874, 883 (5th Cir. 2018) (explaining that a district court may dismiss an action *sua sponte* for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action *sua sponte* for failure to comply with court orders). However, upon a proper showing from Ramirez, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes payment of the initial partial filing fee of $21.00 and continued monthly installment payments of $20.00 until the entire $350.00 filing fee is satisfied.

The court **ORDERS** that this case is **DISMISSED without prejudice**.

The Clerk shall provide a copy of this order to the plaintiff.

Signed on Galveston Island this  14th  day of   December          , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE